IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR136-02

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>       )<br>v. )<br>       )<br>CAROLYN S. LEWIS )<br>      Defendant, )<br>and )<br>       )<br>ELON HOME FOR CHILDREN, )<br>      Garnishee. ) | ORDER |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to Elon Home For Children filed in this case on November 20, 2008, against the defendant Carolyn S. Lewis is DISMISSED.

Signed: March 23, 2010

Graham C. Mullen
United States District Judge